1 | Thomas Mackey, Esq. (State Bar No. 174572)
Jennifer Hodur, Esq. (State Bar No. 211948)
2 |     (admission to EDCA pending)
JACKSON LEWIS LLP
3 | 725 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5408
4 | (213) 689-0404 - Telephone
(213) 689-0430 – Fax
5 | (MackeyT@jacksonlewis.com)
(HodurJ@jacksonlewis.com)
6 |
Attorneys for Defendants
7 | SA RECYCLING LLC (erroneously sued as
"S.A. RECYCLING") and SIMS METAL
8 | MANAGEMENT (erroneously sued as "SIMMS
METAL MANAGEMENT")
9 |
10 | W. Rod McClelland, Jr., Esq. (State Bar No. 179771)
McCLELLAND LAW OFFICES, APC
11 | 2273 E. Beechwood Avenue, Suite 103
Fresno, California 93720
12 | (559) 322-2224 – Telephone
(559) 322-2227 – Fax
13 |
Attorneys for Plaintiff
14 | ED EDGAR

15 |

                   UNITED STATES DISTRICT COURT
16 |
                   EASTERN DISTRICT OF CALIFORNIA
17 |

18 | ED EDGAR,                              )   **CASE NO.:  1:10-CV-00346-LJO-DLB**
                                            )
19 |            Plaintiff,                   )
                                            )   **STIPULATION AND ORDER**
20 |       vs.                               )   **EXTENDING TIME FOR**
                                            )   **DEFENDANTS TO RESPOND TO**
21 | S.A. RECYCLING, SIMMS METAL             )   **PLAINTIFF'S COMPLAINT**
     MANAGEMENT, S.A. RECYCLING             )
22 | AND/OR SIMMS METAL                      )
     MANAGEMENT DBA GOLDEN STATE            )   Complaint Filed:  February 26, 2010
23 | METALS and DOES 1 TO 25, inclusive,     )
                                            )
24 |            Defendants.                  )
                                            )
25 |                                         )
                                            )
26 | _____  )

27 |

28 |

1  **WHEREAS**, on March 10, 2010, Plaintiff Ed Edgar ("Plaintiff") served upon
2  Defendants SA Recycling LLC (erroneously sued herein as "S.A. Recycling") and Sims
3  Metal Management (erroneously sued herein as "Simms Metal Management")
4  (collectively, "Defendants") a Complaint for Compensatory and Punitive Damages
5  ("Complaint") in this action;

6  **WHEREAS**, Defendants' deadline for filing and serving a response to Plaintiff's
7  Complaint is March 31, 2010;

8  **WHEREAS**, counsel for Defendants only recently was retained, on March 29,
9  2010, and requires additional time to evaluate Plaintiff's Complaint;

10  **WHEREAS**, with good cause therefor, Plaintiff and Defendant (collectively, the
11  "Parties") wish to and hereby do stipulate to extend the time within which Defendants
12  must file and serve a response to Plaintiff's Complaint by fourteen (14) calendar days, to
13  and including April 14, 2010.  *See* EDCA Local Rule 144.

14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

1    **IT IS HEREBY STIPULATED** by and between the Parties, by and through their

2    respective attorneys of record, that the time within which Defendants SA Recycling LLC

3    and Sims Metal Management must answer or otherwise respond to Plaintiff Ed Edgar's

4    Complaint is extended by fourteen (14) calendar days, to and including April 14, 2010.

5    **IT IS SO STIPULATED.**

6

7    Dated: March 29, 2010                    JACKSON LEWIS LLP

8

9                                              By:   /s/ Thomas G. Mackey

10                                                   Thomas G. Mackey
                                                    Jennifer B. Hodur
11

12                                                  Attorneys for Defendants,
                                                    SA RECYCLING LLC (erroneously sued
13                                                  herein as "S.A. RECYCLING") and SIMS
                                                    METAL   MANAGEMENT   (erroneously
14                                                  sued   herein   as   "SIMMS   METAL
                                                    MANAGEMENT")
15

16

17

18   Dated: March 29, 2010                    McCLELLAND LAW OFFICES, APC

19

20                                             By:   /s/ W. Rod McClelland, Jr.

21                                                   W. Rod McClelland, Jr.

22                                                  Attorneys for Plaintiff,
                                                    ED EDGAR
23

24   IT IS SO ORDERED.

25     Dated:   **March 31, 2010**                   /s/ Dennis L. Beck

26                                             UNITED STATES MAGISTRATE JUDGE

27

28