# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED EDGAR,<br><br>  Plaintiff,<br><br>  v.<br><br>S.A. RECYCLING AND/OR SIMMS METAL MANAGEMENT, ET AL.,<br><br>  Defendants. | 1:10-cv-00346 LJO DLB<br><br>ORDER REASSIGNING CASE<br><br>**Old Case Number:  1:10-cv-00346 LJO DLB**<br><br>**New Case Number: 1:10-cv-00346 LJO JLT** |

  The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge.  The new case number shall be **1:10-cv-00346 LJO JLT.**  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

  Furthermore, the Initial Scheduling Conference set for June 1, 2010 is VACATED, and RESET to July 29, 2010 @ 10:00 a.m. at 1200 Truxtun Avenue, Suite 120, Bakersfield, California before Magistrate Judge Jennifer L. Thurston.

  The parties are encouraged to appear by telephone.  If they wish to do so, they shall note this request on the face of their Joint Scheduling Conference report that shall be filed no later

1 than one week before the Conference.

3 IT IS SO ORDERED.

4 Dated:   **May 28, 2010**                                              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE