UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED EDGAR | CASE NO. CV F 10-0346 LJO JLT |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| S.A RECYCLING, et al., | |
| Defendant. | |

On September 20, 2011, the parties filed a stipulation for dismissal of the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   September 21, 2011**          /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE